**Approved:** ✓   **Denied:** ____   Date: 1/8/10

*D[signature]*
United States Magistrate Judge

(After review please send this affidavit to the Clerk's office so a copy can be sent to the FPD)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Cousar, Jr

FOR: U.S. District Court Judge
AT: Western North Carolina

**LOCATION NUMBER:** NCW

PERSON REPRESENTED (Show your full name): **JOHN P. COUSAR, JR**       704-507-1416

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: ____
District Court: ____
Court of Appeals: ____

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

Tax evasion
Mail fraud.     GJ WITNESS

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Charlotte Fire department
- IF YES, how much do you earn per month? $ 1,300.00
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ Separated
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED: $ ____    SOURCES: ____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ ____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $6,000.00   DESCRIPTION: GMC Truck
  - $6,000.00   Gold Wing motorcycle
  - SEE NOTE ABOUT HOUSE
- House is paid for per Mr Cousar, JR
- I have a House I have a lien on it

*[margin note:] During interview Mr. Cousar stated house was valued at $234,000.*

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: Dondrea Cousar 17; John P Cousar II 20 Son

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Premier Bank Card | $1,700.00 | $0 |
| | Capital One | $2,000.00 | $0 |
| | Not making payment at this time | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 1-8-2010

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *[signature] John P Cousar*

Case 3:10-mc-02000   Document 1 (Ex Parte)   Filed 01/08/10   Page 1 of 1