Approved: ✓  Denied: ___  Date: 1/8/10

*[Signature]* Dark K
United States Magistrate Judge

(After review please send this affidavit to the Clerk's office so a copy can be sent to the FPD)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev. 5/98

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Cousar, JR
FOR: U.S. District Court Judge
AT: Western North Carolina

LOCATION NUMBER: NCW

PERSON REPRESENTED (Show your full name): JOHN P. COUSAR, JR — 704-507-1416

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box) x Felony ☐ Misdemeanor
Tax evasion
Mail Fraud — GJ WITNESS

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now: ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Charlotte Fire department
- IF YES, how much do you earn per month? $ 4,200.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ separated
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
- $ 6,000.00 — GMC Truck
- $ 6,000.00 — Gold wing motorcycle
- SEE NOTE ABOUT HOUSE

House is paid for per Mr. Cousar, JR
"I have a house I have a lien on it"

*[margin note:]* During interview Mr. Cousar stated house was valued at $234,000.

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  ___ MARRIED  ___ WIDOWED  ✓ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them:
- Condrea Cousar 17
- John P. Cousar II 20 Son

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Premier Bank Card | $1,700.00 | $0 |
| Capital One | $2,000.00 | $0 |
| Not making payment at this time | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 1-8-2010

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *[Signature]* John P Cousar